IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:25-cr-00019-CB-1 |
| v. | ) | |
| | ) | Judge Cathy Bissoon |
| | ) | |
| ANDY HA, | ) | |
| | ) | |
| Defendant. | ) | |

## PLEA

AND NOW, this 24th day of February, 2025, Defendant ANDY HA pleads guilty in open court to Counts 1 and 2 of the Information.

_____
(Signature of Defendant)

_____
(Signature of Attorney for Defendant)